UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW WILLIAM HOPPE, a single man; ERIC WILLIAM HOPPE and LESLIE HOPPE, husband and wife, and the marital community comprised thereof,<br><br>        Plaintiffs,<br><br>  -vs-<br><br>CITY OF KENNEWICK, a municipal corporation organized under the laws of the State of Washington; MICHAEL LEE ROSANE and JANE DOE ROSANE, husband and wife, and the marital community comprised thereof; ISAAC JASON MERKL and JANE DOE MERKL, husband and wife, and the marital community comprised thereof; and JOHN and JANE DOES 1-10,<br><br>        Defendants. | NO. CV-10-5047-LRS<br><br>ORDER OF DISMISSAL |

   Pursuant to the stipulation of the parties (Ct. Rec. 22) filed March 23, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice against all defendants.

///

///

ORDER

1   The District Court Executive is directed to file this Order, provide
2 copies to counsel, and **CLOSE THE FILE**.
3   **DATED** this 28th day of March, 2011.

                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER